**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central__ District of __California__
(State)

Case number (If known): _____ Chapter __11__



☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**    Azure La Palma Royale Partners, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   525 W. La Palma Avenue
   Number    Street

   Anaheim         CA    92801
   City            State   ZIP Code

   Orange
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City    State    ZIP Code

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

**ORIGINAL**

Debtor  Azure La Palma Royale Partners, LLC                    Case number (if known)_____
        _____
        Name

---

6. **Debtor's website** (URL)    n/a

---

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

---

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

---

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                         MM / DD / YYYY

     Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                         MM / DD / YYYY

---

**Part 3:    Report About the Case**

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  **Azure La Palma Royale Partners, LLC**    Case number (if known) _____
       Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jing Liu | Constructive trust / undisputed debt | $ 500,000 |
| Lingtao Meng | Constructive trust / undisputed debt | $ 500,000 |
| Xianzhang Xiao | Constructive trust / undisputed debt | $ 500,000 |
| | Total of petitioners' claims | $ 1,500,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:    Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**    **Attorneys**

**Name and mailing address of petitioner**

Xianzhang Xiao
Name

17870 Castleton Street, Suite 100
Number  Street

City of Industry    CA    91748
City    State    ZIP Code

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/07/2019
            MM / DD / YYYY

X **Xianzhang Xiao**
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed  01/08/2019
          MM / DD / YYYY

| Debtor | Azure La Palma Royale Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jing Liu | Constructive trust / undisputed debt | $ 500,000 |
| Lingtao Meng | Constructive trust / undisputed debt | $ 500,000 |
| Xianzhang Xiao | Constructive trust / undisputed debt | $ 500,000 |
| | Total of petitioners' claims | $ $1,500,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Xianzhang Xiao
Name

17870 Castleton Street, Suite 100
Number    Street

City of Industry    CA    91748
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/07/2019
         MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Rachel Gezerseh
_____
Printed name

Liang Ly LLP
_____
Firm name, if any

601 South Figueroa Street, Suite 1950
Number    Street

Los Angeles    CA    90017
City    State    ZIP Code

Contact phone  213-262-8000    Email  rgezerseh@lianglyllp.com

Bar number  251299

State  CA

✗ _Rachel Gezerseh_
Signature of attorney

Date signed  01/08/2019
         MM / DD / YYYY

Debtor: Azure La Palma Royale Partners, LLC
Case number (if known): _____

**Name and mailing address of petitioner**

Name: Jing Liu
Number Street: 2817 Majestic Street
City: West Covina    State: CA    ZIP Code: 91791

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____    State: _____    ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/7/2019 (MM/DD/YYYY)

X _____ (Signature of petitioner or representative, including representative's title)

Printed name: Rachel Gezerseh
Firm name, if any: Liang Ly LLP
Number Street: 601 South Figueroa Street, Suite 1950
City: Los Angeles    State: CA    ZIP Code: 90017
Contact phone: 213-262-8000    Email: rgezerseh@lianglyllp.com
Bar number: 251299
State: CA

X _____ (Signature of attorney)
Date signed: 01/08/2019 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Lingtao Meng
Number Street: c/o 355 S Lemon Ave, Suite F
City: Walnut    State: CA    ZIP Code: 91789

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____    State: _____    ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/7/2019 (MM/DD/YYYY)

X Lingtao Meng (Signature of petitioner or representative, including representative's title)

Printed name: Rachel Gezerseh
Firm name, if any: Liang Ly LLP
Number Street: 601 South Figueroa Street, Suite 1950
City: Los Angeles    State: CA    ZIP Code: 90017
Contact phone: 213-262-8000    Email: rgezerseh@lianglyllp.com
Bar number: 251299
State: CA

X _____ (Signature of attorney)
Date signed: 01/08/2019 (MM/DD/YYYY)